IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONNIE ALBRITTON,<br>    Petitioner | :<br>:<br>:<br>: |
| v. | : CIVIL NO. 1:11-CV-869<br>:<br>: |
| DEBRA K. SAUERS, *et al.*,<br>    Respondents | :<br>: |

*O R D E R*

AND NOW, this 22nd day of September, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 23), to which no objections have been filed, it is ORDERED that said Report (Doc. 23) is accepted.

Pursuant to Judge Blewitt's Recommendation, it is further ORDERED, (1) that Respondent's Motion to Dismiss (Doc. 13) is DENIED and, (2) that Petitioner's motions for evidentiary hearings (Docs. 17 and 22) are DENIED as premature and moot, respectively.

This case is remanded to Judge Blewitt for further proceedings.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge